Robert J. Herrington (CA SBN 234417)
Alex Linhardt (CA SBN 303669)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800
E-Mail         herringtonr@gtlaw.com
                   linhardta@gtlaw.com

*Attorneys for Defendant Shutterfly, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE RIVALI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, LLC, a Delaware Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-02175-RGK-GJS<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. R. Gary Klausner<br><br>Action Filed: April 1, 2022 |

Pursuant to the Court's March 3, 2023 minute order, Plaintiff Rose Rivali ("Plaintiff") and Defendant Shutterfly, LLC ("Shutterfly") submit this joint status report.

Before arbitration began, the parties participated in a two-day mediation with Shirish Gupta (JAMS) on August 4, 2022 and August 8, 2022. As a result of that mediation and subsequent discussions, the parties negotiated a prospective settlement. The parties are continuing to finalize the terms and expect to execute a settlement agreement and release within the next 7-14 days. As part of the settlement, the parties anticipate that Plaintiff will dismiss this action without prejudice and file her claims (which also seek injunctive and equitable relief) in the Superior Court of California, County of San Diego.

Respectfully submitted,

DATED: March 9, 2023  **GREENBERG TRAURIG, LLP**

By: */s/ Robert J. Herrington*
Robert J. Herrington
*Attorneys for Defendant Shutterfly, LLC*

DATED: March 9, 2023  **LYNCH CARPENTER LLP**

By: */s/ James B. Drimmer*
Todd D. Carpenter
James B. Drimmer
*Attorneys for Plaintiff Rose Rivali*

Signature Certification

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that James B. Drimmer, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to electronically file this document.

By: */s/ Robert J. Herrington*
Robert J. Herrington