**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone: (619) 762-1910
Facsimile: (619) 756-6991

*Attorneys for Plaintiff and Proposed Class Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE RIVALI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHUTTERFLY, LLC, a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02175-RGK-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Rose Rivali pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 3, 2023          **LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Tel.: (619) 762-1900
Fax: (619) 756-6991

*Attorneys for Plaintiff and Proposed Class Counsel*

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE